FILED
CLERK, U.S. DISTRICT COURT

Aug 10, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L.D., a minor, individually, and as Successor in Interest to REGINALD DOUCET, JR., et. al., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | CASE NO. CV11-3141 SVW <br><br> **JUDGMENT** |

   This action having been tried before a jury and the jury having rendered its verdict on September 12, 2014, in favor of the defendant Aaron Goff as to plaintiff's claim brought under 42 U.S.C. §1983 alleging the use of excessive force, and the plaintiff having dismissed the remaining claim of negligence without prejudice on September 15, 2014,

   IT IS ORDERED AND ADJUDGED that plaintiff take nothing by her complaint, and that defendant recover his costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. §1920.

   IT IS SO ORDERED.

DATED:  August 10, 2016

_____
Stephen V. Wilson
United States District Judge